FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS   DEPUTY

U.S. District Court of Central California
Office of the Clerk
255 E. Temple Street #180 Los Angeles, CA 90012
April 6, 2022

Kryst Zawadzki
A petitioner

v.

Dept of Justice
Respondent

2:22-CV-02312-GW-KS

under 42 USC 1983
a civil rights action

own solely

a complaint by Federal or the Law of the State for Injury

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is ~~$Ten millions dollars~~ Reduce to Five millions dollars, I am injured to Redress required

a claim by Kryst Zawadzki a pro se required

Reason by citizenship papers denyed for gambling charged no dischmination

name: Kryst Zawadzki

~~for~~ amended, ~~a~~ relief
Forthwith

Address: 360 W. Ocean Blvd #1104
Long Beach, CA 90802

Date: April 6, 2022



Kryst Zawadzki
360 W. Ocean Blvd #1104
Long Beach, CA 90802

Legal Mail

U.S. Courthouse
Office of the Clerk
255 E. Temple Street #180
Los Angeles, CA 90012

LOS ANGELES CA 900
1 APR 2022 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012-333299