UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-2312 GW (KS)                                      Date: April 18, 2022

Title   *Kryst Zowadzki v. Department of Justice*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 4, 2022, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint").  (Dkt. No. 1.)  The Complaint is a single page purporting to sue "Dept of Justice" concerning a writ of attachment imposed on an asset of Plaintiff's, as well as Plaintiff having "citizenship papers den[i]ed for gambling . . . ." (*Id.*)

At the outset, the Complaint fails to identify a particular department of justice or describe what specific acts on the part of this unidentified defendant constituted unconstitutional conduct. The Complaint, therefore, violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  See Fed. R. Civ. P. 8; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (Rule 8 "demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation" and a complaint is insufficient under Rule 8 "if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'") (citation omitted).

Further, on April 6, 2022, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP").  (Dkt. No. 2.)  Two weeks have now passed since Plaintiff filed the Complaint and Plaintiff has still not paid the filing fee, requested IFP status, or responded to the Court's notification.  Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 9, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60).  **To discharge this Order and proceed**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-2312 GW (KS)                                                    Date: April 18, 2022

Title        *Kryst Zowadzki v. Department of Justice*

with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the May 9, 2022 deadline.

Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr