# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRYST ZOWADZKI,<br>　　　　Plaintiff,<br>　　v.<br>DEPARTMENT OF JUSTICE,<br>　　　　Defendant. | NO. CV 22-02312 FWS (KS)<br><br>ORDER AND JUDGMENT OF DISMISSAL |

　　　On April 4, 2022, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint is a single page purporting to sue "Dept of Justice" concerning a writ of attachment imposed on an asset of Plaintiff's, as well as Plaintiff having "citizenship papers den[i]ed for gambling . . . ." (*Id.*)

　　　As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

Moreover, on April 6, 2022, the Court notified Plaintiff that Plaintiff had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On April 18, 2022, 12 days after the Court notified Plaintiff about the filing fee without a response from Plaintiff, the Court ordered Plaintiff to show cause, no later than May 9, 2022, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee ("OSC"). (Dkt. No. 4.) The Court also expressly warned Plaintiff that his failure to timely comply with the OSC "will result in a recommendation of dismissal of this case." (*Id.* at 2.)

It has now been well over a month since the Court first notified Plaintiff that he had not paid the filing fee. (Dkt. No. 2.) To date, Plaintiff has not responded to the OSC, paid the filing fee, requested to proceed *in forma pauperis*, or made any contact with the Court since filing the Complaint. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: May 25, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE